# Court of Appeals
# of the State of Georgia

ATLANTA,    July 15, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0414.  PETER NORWOOD POPHAM v. KYLE YANCEY.**

Upon consideration of this application for discretionary appeal, it is hereby DENIED. The "Emergency Motion for Supersedeas and Stay" is hereby DISMISSED as moot.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/15/2014
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*